NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**XIAOHUA HUANG,**

*Plaintiff-Appellee*

**v.**

**TETRAMEM, INC.,**

*Defendant-Appellant*

---

2025-1878

---

Appeal from the United States District Court for the Northern District of California in No. 5:24-cv-07181-PCP, Judge P. Casey Pitts.

-------------------------------------------------

**XIAOHUA HUANG,**

*Plaintiff-Appellant*

**v.**

**TETRAMEM, INC.,**

*Defendant-Appellee*

---

2025-1850

---

2                               HUANG v. TETRAMEM, INC.

Appeal from the United States District Court for the Northern District of California in No. 5:24-cv-07181-PCP, Judge P. Casey Pitts.

_____

# ORDER

Upon consideration of the court's September 5, 2025 order and Xiaohua Huang's failure to file the opening brief and pay the docketing fee,

IT IS ORDERED THAT:

(1) Appeal No. 2025-1850 is dismissed for failure to prosecute.

(2) The revised official caption for these two appeals is reflected in this order, and TetraMem, Inc.'s opening brief for Appeal No. 2025-1878 is due no later than 40 days from the date of entry of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 23, 2025
Date